# Court of Appeals
## Tenth Appellate District of Texas

10-25-00331-CV

Roy E. Addicks, Jr.,
Appellant

v.

Daniel D. Dickerson, et al.,
Appellees

On appeal from the
278th District Court of Walker County, Texas
Judge Tracy Sorenson, presiding
Trial Court Cause No. 2029767

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Roy E. Addicks, Jr., filed a document entitled "Pro Se Appellant's Verified Motion to Extend Time for Filing a 'Notice of Appeal'" with this Court, which this Court also construed to be a notice of appeal. The trial court's judgment was signed on April 23, 2021 according to the signature line, but was not filed by the trial court clerk until April 23, 2025.

The Clerk informed Appellant by letter dated September 22, 2025 that the appeal had been filed and that the filing fee should be paid on or before Thursday, October 2, 2025 to prevent dismissal of the appeal.

Appellant has filed a motion stating that he did not intend to file a notice of appeal, but merely a motion to extend the time to file a notice of appeal. We construe this as a motion to dismiss the appeal. The motion is granted, and this appeal is dismissed.[1]

Appellant's motion to extend the time to file a notice of appeal is dismissed as moot. *See* TEX. R. APP. P. 26.3 (requires the filing of a notice of appeal and the motion within 15 days of the deadline for filing the notice of appeal.).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: October 9, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed; Motion dismissed as moot
CV06



---

[1] In addition to granting Appellant's requested relief, the appeal is dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5.